| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>BARRY E. LEVINE, LLC<br>P.O. BOX 557<br>DENVILLE, NEW JERSEY<br>(973) 538-2084<br>ATTORNEY FOR DEBTOR | |
| In Re:<br><br>FILOMENA FUMIA MARINELLI | Case No.: __18-28818__<br><br>Chapter: __13__<br><br>Hearing Date: __September 14, 2022__<br><br>Judge: __Stacey L. Meisel__ |

Order Filed on September 15, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

## ORDER

The relief set forth on the following pages, numbered two (2) through __3__, is **ORDERED**.

**DATED: September 15, 2022**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

IT IS ORDERED that the court shall approve the settlement of the claim of the debtor in a class action against Ethicon and Johnson and Johnson and that proceeds shall be distributed in the following manner as set forth in the preliminary settlement statement submitted by the attorney representing the class:

| | |
|---|---|
| Gross Settlement: | $15,000.00 |
| Attorney Fees: | |
|    4% Court Common Benefit Attorney Fee Assessment: | $600.00 |
|    Motley Rice, LLC | $600.00 |
|    Noblett Beard & Arsenault | $1,615.33 |
|    Parker Waichman LLP | $1,615.33 |
| Costs & Expenses | |
|    Primary Firm Case Specific Expenses: | $1,382.97 |
|    Motley Rice: | $175.00 |
|    1% MDL Court common Benefit Cost Assessment: | $150.00 |
| Net to Debtor: | $8,861.36 |